IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY C. TAYLOR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-354-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Gregory C. Taylor's motion for post conviction relief under 28 U.S.C. § 2255.

| /s/ | 5/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |